UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ELSA NEJATENGO,

                Plaintiff,

    – against –

WINNER CAPS COMPANY, INC., JAMES KWANG LEE, and KWANG SOO LEE

                Defendant.

Civil Action No.
14-cv-00315 (SJ) (JO)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants (the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice as to the individual claims of Plaintiff Elsa Nejatengo against Defendants Winner Caps Company, Inc., James Kwang Lee, and Kwang Soo Lee. The Parties respectfully request that the Court enter an Order dismissing the Action with prejudice, with each side to bear their own attorneys' fees and costs.

Dated: November 5, 2014

| | |
|---|---|
| **CATHOLIC MIGRATION SERVICES** | **HANG & ASSOCIATES, PLLC.** |
| By: _/s/ Alice Davis_ | By: _/s/ Jian Hang_ |
| Alice Davis, Esq. | Jian Hang, Esq. |
| 47-01 Queens Blvd., Suite 203B | 136-18 39the Avenue, Suite 1003 |
| Sunnyside, NY 11104 | Flushing, NY 11354 |
| Tel: (347) 472-3500 | Tel: (718) 353-8588 |
| adavis@catholicmigration.org | jhang@hanglaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J